**Karen Van GORKOM, Plaintiff—
Appellant,**

v.

**DEUTSCHE BANK, Defendant—
Appellee.**

No. 07–1785.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2007.

Decided: Nov. 20, 2007.

Karen Van Gorkom, Appellant Pro Se. Tom A. Jerman, Evelyn L. Becker, Heejung Heidi Son, Sarah A. Goldfrank, Anne Nicole Cortina, O'Melveny & Myers, LLP, Washington, D.C., for Appellee.

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Van Gorkom appeals the district court's order granting Defendant's Fed. R.Civ.P. 41(b) motion to dismiss her claims for failure to prosecute. We have reviewed the record and affirm for the reasons stated by the district court. *See Van Gorkom v. Deutsche Bank,* No. 1:04–cv–02802–WDQ (D.Md. July 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*